Martin A. Bihn (014338)
Donna M. McDaniel (017366)
**BIHN & McDANIEL, P.L.C.**
2600 N. Central Ave, Suite 1775
Phoenix, Arizona  85004
Tel:    (602) 248 9779
Fax:    (602) 248 9749
Email:         MBihn@phxlegal.com
               Donna@phxlegal.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Montiah Chatman, individually and on behalf of her two minor children, J.L.C. and E.V.T.P.;<br><br>            Plaintiffs,<br>vs.<br><br>Marci D. Ferrell, Cindy Chrisman and the State of Arizona, a body politic;<br><br>            Defendants. | **Case No: 2:17-cv-03826-DLR**<br><br>**JOINT REPORT REGARDING GOOD FAITH SETTLEMENT DISCUSSIONS** |

    Plaintiffs and defendants, by and through undersigned counsel, report that they have engaged in good faith settlement discussions but were unable to reach an agreement.  The parties believe that further negotiations and a settlement conference should take place after the court rules on summary judgment motions the parties intend to file.

1   RESPECTFULLY SUBMITTED this 8th day of August, 2019.

2   Bihn & McDaniel, P.L.C.                    Mark Brnovich
                                                Attorney General

/s/ Martin A. Bihn                              /s/ Cynthia D. Starkey
Martin A. Bihn                                  James B. Bowen
Donna M. McDaniel                               Cynthia D. Starkey
*Attorneys for Plaintiffs*                      Assistant Attorneys General
                                                *Attorneys for the State Defendants*

Original of the foregoing electronically filed this 8th day of August, 2019, with:

Clerk of the United States District Court using the CM/ECF System for filing and Transmittal of a Notice of Electronic Filing to the following registrants:

MARK BRNOVICH
Attorney General
JAMES B. BOWEN
CYNTHIA D. STARKEY
Assistant Attorney General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
James.Bowen@azag.gov
Cynthia.Starkey@azag.gov

/s/ Martin A. Bihn
_____