MARK BRNOVICH
Attorney General
CYNTHIA D. STARKEY, Bar No. 013418
TIMOTHY WATSON, Bar No. 018685
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
(602) 542-7699 – JBB
(602) 542-7612 – CDS
(602) 542-8346 – TW
Fax: (602) 542-3393
Cynthia.Starkey@azag.gov
Timothy.Watson@azag.gov
*Attorneys for State Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Montiah Chatman, individually and on behalf of her two minor children, J.L.C. and E.V.T.P., <br><br> Plaintiffs, <br><br> vs. <br><br> Marci D. Ferrell, Cindy Chrisman and John Sullivan, <br><br> Defendants. | Case No: 17-cv-03826-PHX-DLR <br><br> **NOTICE OF SERVICE OF OFFER OF JUDGMENT** |

Defendants Ferrell, Chrisman and Sullivan ("State Defendants"), through undersigned counsel give notice that pursuant to Rule 68, Federal Rules of Civil Procedure, an Offer of Judgment was served via first class mail and email on June 30, 2020 to the following address:

    Martin A. Bihn
    Donna M. McDaniel
    Bihn & McDaniel, P.L.C.
    2600 North Central Avenue, Suite 1775
    Phoenix, Arizona  85004
    mbihn@phxlegal.com

Respectfully submitted this 29th day of June, 2020.

Mark Brnovich
Attorney General

/s/  Cynthia Starkey
Cynthia D. Starkey
Timothy Watson
Assistant Attorneys General
*Attorneys for the State Defendants*

Original of the foregoing electronically filed this 30th day of June, 2020, with:

Clerk of the United States District Court using the CM/ECF System for filing and Transmittal of a Notice of Electronic Filing to the following registrants:

Martin A. Bihn
Donna M. McDaniel
Bihn & McDaniel, P.L.C.
2600 North Central Avenue, Suite 1775
Phoenix, Arizona  85004
*Attorneys for Plaintiffs*

Copy of the foregoing emailed this 30th day of June , 2020, to:

Honorable Douglas L. Rayes
U.S. District Court of Arizona
Rayes_chambers@azd.uscourts.gov

/s/      J. Navarro
Legal Secretary to AAG Cindy Starkey

#8807961

2