# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Montiah Chatman, | No. CV-17-03826-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| Marci D Ferrell, et al., | |
| Defendants. | |

The Court has been notified that there is no courtroom available on the date this trial is set to commence, March 9, 2021.  The District Court in Phoenix has three courtrooms, shared by all the judges, that have been modified to attempt to protect the trial participants, including the jury, from exposure to the COVID-19 virus.  All trials must take place in one of these courtrooms. In addition, in order to accommodate the size of jury panels for voir dire, and to be in compliance with CDC social distancing guidelines, this District Court has mandated that all voir dire take place in the Special Proceedings Courtroom (SPC). General Orders in this District Court have, for months, prohibited any jury trial from taking place due to the risks to the participants from the COVID virus. The most recent such order expires on March 1, 2021.  Because there have been no jury trials for many months, there is a large back log of criminal trials that must be tried as soon as possible.  Because of the backlog of criminal cases that must be tried, the SPC is not available for voir dire on the date originally set for this trial to commence, March 9, 2021.  However, it is available on March 8, 2021.  Under these circumstances,

1  the Court finds that it is in the interests of justice to accelerate the trial by one day, to
2  March 8, 2021.
3       On the Court's own motion,
4       **IT IS ORDERED** that the trial in this matter is accelerated by one day, to
5  commence on March 8, 2021, at 9:00 a.m.
6       **IT IS FURTHER ORDERED** that if either counsel has an objection, he shall
7  notify the Court immediately.
8       **IT IS FURTHER ORDERED** that the final pretrial conference set for February
9  22, 2021, is vacated and reset for February 26, 2021 at 9:30 a.m.
10      Dated this 22nd day of January, 2021.

Douglas L. Rayes
United States District Judge