MARK BRNOVICH
Attorney General
CYNTHIA D. STARKEY, Bar No. 013418
TIMOTHY WATSON, Bar No. 018685
Assistant Attorneys General
2005 North Central Avenue
Phoenix, Arizona 85004-1592
(602) 542-7612 – CDS
(602) 542-8346 – TW
Fax: (602) 542-3393
Cynthia.Starkey@azag.gov
Timothy.Watson@azag.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Montiah Chatman, individually and on behalf of her two minor children, J.L.C. and E.V.T.P., <br><br> Plaintiffs, <br><br> vs. <br><br> Marci D. Ferrell, Cindy Chrisman and John Sullivan, <br><br> Defendants. | Case No: 17-cv-03826-PHX-DLR <br><br> **DEFENDANTS' PROPOSED MODIFICATIONS TO STATEMENT OF THE CASE AND PROPOSED JUROR QUESTIONS** |

Pursuant to this Court's Order (Doc. 155), Defendants Ferrell, Chrisman and Sullivan, submit their proposed modifications to the Statement of the Case[1] and proposed juror questions.

**I.     PROPOSED MODIFICATIONS TO STATEMENT OF THE CASE:**

Plaintiff Montiah Chatman alleges that, on or about January 4, 2017, Defendants Marci Ferrell and Cindy Chrisman, employees at the Arizona Department of Child Services ("ADCS"), ~~under the direction of~~ **after consulting with** John Sullivan of the Arizona Attorney General's Office, unlawfully removed her children ~~from her home~~ in violation of her

---

[1] Additions are in bold, deletions are stricken through.

and her sons' Fourth Amendment rights and in violation of Arizona State law. Defendants deny removal was unlawful.

Defendants request the above modifications because it is undisputed that Ferrell and Chrisman consulted another AAG, not John Sullivan, who opined that removal was warranted under the circumstances. Ferrell consulted AAG Sullivan regarding the legalities of gaining access to the home in which Montiah Chatman was staying with her youngest son E.V.T.P. which was owned by someone else. Additionally, Ferrell removed E.V.T.P. from Montiah Chatman's custody, but she removed J.L.C. from his maternal grandmother's home where he was staying at the time.

## II.     PROPOSED JUROR QUESTIONS:

Defendants request that the following three questions be added to the jurors' questionnaire:

1. During the relevant events in this case, Defendants Ferrell and Chrisman worked for Arizona's child welfare agency, the Arizona Department of Child Safety or DCS (formerly known as Arizona Child Protective Services or CPS). Have you or any family members or close friends had any experiences with DCS or CPS that could affect your ability to be a fair and impartial juror in this case?

2. Have you ever been involved in any way with an investigation of suspected child abuse or neglect, and if so will that experience affect how you evaluate this case?

3. Have you or anyone you know ever had their children removed from their custody by DCS, CPS, or any other State's child welfare agency?

Respectfully submitted this 27th day of January, 2021.

Mark Brnovich
Attorney General

/s/ Cynthia Starkey
Cynthia D. Starkey
Timothy Watson
Assistant Attorneys General
*Attorneys for the State Defendants*

Original of the foregoing electronically filed this 27th day of January, 2021, with:

Clerk of the United States District Court using the CM/ECF System for filing and Transmittal of a Notice of Electronic Filing to the following registrants:

Martin A. Bihn
Donna M. McDaniel
Bihn & McDaniel, P.L.C.
2600 North Central Avenue, Suite 1775
Phoenix, Arizona  85004
*Attorneys for Plaintiffs*

Copy of the foregoing emailed this 27th day of January , 2020, to:

Honorable Douglas L. Rayes
U.S. District Court of Arizona
Rayes_chambers@azd.usacourts.gov


/s/      J. Navarro
#9245214