FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 11 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Montiah Chatman,<br>    Plaintiff,<br>v.<br>Marci D Ferrell, et al.,<br>    Defendants. | No. CV-17-03826-PHX-DLR<br><br>VERDICT [Redacted] |

## Verdict Form #1
## Compensatory Damages

We the jury, duly empaneled and sworn, award Plaintiff Montiah Chatman, individually, and on behalf of her two minor children, J.L.C. and E.V.T.P., compensatory damages in the following amounts:

Montiah Chatman:      $ 150,000 in compensatory damages

Minor child J.L.C.       $ 250,000 in compensatory damages

Minor child E.V.T.P.    $ 250,000 in compensatory damages

We the jury, find the foregoing unanimously.

Dated: March 11, 2021.

Juror #1
Jury Foreperson

## Verdict Form #2
## Punitive Damages

We the jury, duly empaneled and sworn, do find in favor of Defendant Cindy Chrisman and against Plaintiff Montiah Chatman, individually, and on behalf of her two minor children, J.L.C. and E.V.T.P., on the issue of punitive damages. _____

### OR

We the jury, duly empaneled and sworn, award punitive damages as follows:

Against Defendant Cindy Chrisman, we award:

Montiah Chatman:        $ 15,000   in punitive damages

Minor child J.L.C.      $   ∅      in punitive damages

Minor child E.V.T.P.    $   ∅      in punitive damages

We the jury, find the foregoing unanimously.

Dated: March 11, 2021.

Juror #1
Jury Foreperson

- 3 -