# UNITED STATE DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL WITNESS LIST

FILED ✓  LODGED ___
RECEIVED ___  COPY ___
MAR 1 1 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

☐ Preliminary Injunction/TRO    ☐ Non-Jury Trial    ☒ Jury Trial

CHATMAN vs. FERRELL, CHRISMAN, SULLIVAN
vs. _____     CV  17-03826

☒ PLAINTIFF        ☐ DEFENDANT

|    | NAME | P/D | DATE SWORN | DATE APPEARED |
|----|------|-----|------------|---------------|
| 1. | DEBORAH CHATMAN |  | 3/9/21 | 3/9/21 |
| 2. | JLC |  |  |  |
| 3. | MONTIAH CHATMAN |  | 3/8/21 | 3/8/21 |
| 4. | CINDY CHRISMAN |  |  |  |
| 5. | RUDY DOMINGUEZ |  |  |  |
| 6. | MARCIE FERRELL |  |  |  |
| 7. | TIMOTHY TURNER |  | 3/9/21 | 3/9/21 |
| 8. | LEE UNDERWOOD |  |  |  |
| 9. |  |  |  |  |
| 10. |  |  |  |  |
| 11. |  |  |  |  |
| 12. |  |  |  |  |
| 13. |  |  |  |  |
| 14. |  |  |  |  |
| 15. |  |  |  |  |