IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Montiah Chatman,<br><br>        Plaintiff,<br><br>v.<br><br>Marci D Ferrell, et al.,<br><br>        Defendants. | No. CV-17-03826-PHX-DLR<br><br>**JURY QUESTION #** 1 |

Are we able to put specific rules regarding when kids are able to be rewarded compensation (i.e. when they turn 18)?

Any money awarded to children will go into a Court restricted account to be released to them at age 18.

    Judge Rayes

        2:00 pm 3-10-21

Juror # 6

FILED ___ LODGED
RECEIVED ___ COPY

MAR 11 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Montiah Chatman,

    Plaintiff,

v.

Marci D Ferrell, et al.,

    Defendants.

No. CV-17-03826-PHX-DLR

JURY QUESTION # 2

We would like to understand who is responsible for paying compensatory damages. Since Marci D Ferrell is the only defendant listed above. She was an employee at the time so is the state responsible? We believe punitive damages are the responsibility of the defendant (Ms. Chisman). Please clarify for us. Thank you!

Juror # 1

1. "Marci D. Ferrell, et al.," is a short cut for "Marci D. Ferrell and all the other defendants."

2. The amount of damages to be awarded should be based on your determination of the damages sustained — based on the evidence presented at trial. The source of payment is not to be considered in your determination of damages.

Judge Rayes 2:00pm 3-10-21