FILED ✓ _____ LODGED _____
_____ RECEIVED _____ COPY

MAR 1 1 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| Montiah Chatman, | No. CV-17-03826-PHX-DLR |
|---|---|
| Plaintiff, | **MINUTE ORDER RE: EXHIBITS** |
| v. | |
| Marci D. Ferrell, et al, | |
| Defendant. | |

IT IS HEREBY ORDERED that the exhibits marked, whether or not received as evidence, in the above entitled case at the time of the trial are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

Dated this 3/11/2021 .

Debra D. Lucas,
District Court Executive/Clerk of Court

_____
By: Robert Vasquez, Courtroom Deputy

Exhibits returned to respective counsel/representative.

_____ Counsel for Plaintiff/Government signature/date
_____ Counsel for Defendant signature/date